NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diego Martinez-Santana,<br><br>            Petitioner,<br><br>v.<br><br>United States of America,<br><br>            Respondent. | No. CV-14-01322-PHX-SRB (DKD)<br>CR13-0484-PHX-SRB<br><br>**ORDER** |

Petitioner, Diego Martinez-Santana, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on June 13, 2014. The United States filed its response in opposition on October 6, 2014. Petitoner filed a reply October 20, 2014 and the United States filed a Supplemental Brief on November 3, 2014.

The Magistrate Judge filed the Report and Recommendation on June 22, 2015 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 16th day of July, 2015.

_____
Susan R. Bolton
United States District Judge